M.D. Appeal Dkt.
141 2014

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN D. NARDONE,                              : No. 587 MAL 2014
                                             :
        Petitioner        : Petition for Allowance of Appeal from the
                                             : Order of the Commonwealth Court
                                             :
      v.                      :
                                             :
                                             :
                                             :
COMMONWEALTH OF PENNSYLVANIA, :
DEPARTMENT OF TRANSPORTATION, :
BUREAU OF DRIVER LICENSING,          :
                                             :
        Respondent       :

## ORDER

**PER CURIAM**                                    **DECIDED: December 11, 2014**

**AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

(1)    Whether, in response to a police request for chemical testing arising out of a D.U.I arrest, a motorist has a statutory right to request alternative chemical testing under section 1547(i) of the Motor Vehicle Code (75 Pa.C.S.A. § 1547(i))?

(2)    If a motorist has a statutory right to request alternative chemical testing under section 1547(i) of the Motor Vehicle Code when arrested for a D.U.I., does section 1547 require that any such request be conditioned upon the motorist having a medical condition preventing him from undergoing the chemical test requested by the police?

(3)    Whether, in response to a police request for chemical testing arising out of a D.U.I. arrest, a motorist's request for alternative chemical testing, without more, constitutes a refusal to undergo chemical testing under 75 Pa.C.S.A. § 1547(b)(1)?